| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Comer Enterprises, Inc.** | | |
|---|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  CE-Solutions**  **DBA  Allere Group** | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-2859806** | | |
| 4. | Debtor's address | **Principal place of business**  **110 East State Street, Suite D**  **Kennett Square, PA 19348**  Number, Street, City, State & ZIP Code  **Chester**  County | | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor  **Comer Enterprises, Inc.**                                                          Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Comer Enterprises, Inc.**                                                    Case number (*if known*)
        Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
            Contact name    _____
            Phone           _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Comer Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 18, 2019**
MM / DD / YYYY

**X /s/ Nicole Comer**   **Nicole Comer**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ David B. Smith**   Date **August 18, 2019**
Signature of attorney for debtor   MM / DD / YYYY

**David B. Smith 59098**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone   **610-407-7215**   Email address   **dsmith@skhlaw.com**

**59098 PA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Comer Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Merchant Services LLC<br>116 Nassau Street, 8th Floor<br>New York, NY 10038 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $317,860.69 |
| Advantage Capital, Inc.<br>30 Broad Street<br>New York, NY 10004 | | loan | Contingent<br>Unliquidated<br>Disputed | | | $650,000.00 |
| Advantage Capital, Inc.<br>30 Broad Street<br>New York, NY 10004 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $373,306.12 |
| BMF Capital<br>160 Pearl Street, Suite 5<br>New York, NY 10005 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $173,662.50 |
| Creative Capital Funding<br>1022 Ave M<br>Brooklyn, NY 11230 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $187,665.71 |
| Cybecys, Inc.<br>5401 Ruby Drive<br>Fairfax, VA 22030 | | vendor | | | | $165,794.40 |
| Dazzlon Computer Services Inc.<br>1575 Redbud Blvd Suite 217<br>McKinney, TX 75069 | | vendor | | | | $146,520.00 |
| Influx Capital LLC<br>26 Broadway, Suite 373<br>Brooklyn, NY 11201 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $209,552.34 |
| Iruka Capital Group<br>162 Elmora Avenue, Suite 211<br>Elizabeth, NJ 07202 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $371,712.21 |

| Debtor | **Comer Enterprises, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mr. Advance LLC**  35-12 19th Avenue, Suite 3W  Astoria, NY 11105 | | **loan** | **Contingent Unliquidated Disputed** | $187,375.00 | $0.00 | $187,375.00 |
| **Penn Capital Funding**  1274 49th Street, Suite 455  Brooklyn, NY 11219 | | **Loan** | **Contingent Unliquidated Disputed** | | | $563,896.26 |
| **Pennsylvania Department of Revenue  Board of Appeals**  P.O. Box 281021  Harrisburg, PA 17128-1021 | | **Sales/Use Tax** | | | | $195,746.00 |
| **Qualitree Inc.**  1303 Milltown Road  Wilmington, DE 19808 | | **vendor** | | | | $92,856.00 |
| **Queen Funding, LLC**  1530 Coleman Street  Brooklyn, NY 11234 | | **Loan** | **Contingent Unliquidated Disputed** | | | $190,597.42 |
| **Santander Bank, N.A.**  824 N. Market Street  Suite 100  Wilmington, DE 19801 | | **loan** | | $200,000.00 | $0.00 | $200,000.00 |
| **Santander Bank, N.A.**  824 N. Market Street  Suite 100  Wilmington, DE 19801 | | **loan** | | $2,631,000.00 | $1,400,000.00 | $1,231,000.00 |
| **Santander Bank, N.A.**  824 N. Market Street  Suite 100  Wilmington, DE 19801 | | **credit card** | | | | $300,000.00 |
| **Santander Bank, N.A.**  824 N. Market Street  Suite 100  Wilmington, DE 19801 | | **loan** | | $270,000.00 | $0.00 | $270,000.00 |
| **Silver Cup Funding LLC**  381 South 5th Street  Brooklyn, NY 11211 | | **Loan** | **Contingent Unliquidated Disputed** | $600,000.00 | $0.00 | $600,000.00 |

Debtor **Comer Enterprises, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vertical Focus Inc.<br>10 Tower Office Park, Ste 500<br>Woburn, MA 01801** | | **vendor** | | | | $150,150.00 |

20 Mont, LLC
234 North James Street
Wilmington, DE 19804


Adroit Associates
100 Wood Ave S, Suite 108
Iselin, NJ 08830


Advance Merchant Services LLC
116 Nassau Street, 8th Floor
New York, NY 10038


Advanced Merchant Services, LLC
116 Nassau Street, Suite 804
New York, NY 10038


Advantage Capital
64 Beaver Street, Suite 415
New York, NY 10004


Advantage Capital, Inc.
30 Broad Street
New York, NY 10004


Alantes Corporate Finance, LLC
510 5th avenue, 3rd Floor
New York, NY 10036


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Applied Speech Resources
142 West Old Liberty Road
Sykesville, MD 21784

```
Ariel Bouskila, Esquire
Berkovitch & Bouskila, PLLC
80 Broad Street, Suite 3303
New York, NY 10004


Avionte, LLC
1270 Eagan Industrial Road, #150
Saint Paul, MN 55121-1381


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Beane Associates
3518 Silverside Road
Wilmington, DE 19810


BMF Capital
160 Pearl Street, Suite 5
New York, NY 10005


Casas Cleaning
103  Glenoak Road
Wilmington, DE 19805


Circle Lending, LLC
c/o Victory Park Capital Advisors
227 West Monroe Stsreet, Suite 3900
Chicago, IL 60606


Citizens Bank
P.O. Box 9665
Providence, RI 02940-9665


Cogent Infotech Corporation
1035 Boyce Rod,  Ste 108
Pittsburgh, PA 15241
```

```
Comcast
P.O. Box 211008
Saint Paul, MN 55121-2408


Comcast Business Voice
P.O. Box 37601
Philadelphia, PA 19101-0601


Consultadd, Inc.
110 Walnut Street
New York, NY 10005


Creative Capital
211 Blvd. of the Americas
Lakewood, NJ 08701


Creative Capital Funding
1022 Ave M
Brooklyn, NY 11230


Cybecys, Inc.
5401 Ruby Drive
Fairfax, VA 22030


Dazzlon Computer Services Inc.
1575 Redbud Blvd
Suite 217
McKinney, TX 75069


Decisive Technologies
 2 Fawn Drive
Sewell, NJ 08080


Delaware Division of Revenue
820 North French Street
Wilmington, DE 19801
```

```
Delaware Employment Training Fund
Dept of Labor
4425 N. Market Street
Wilmington, DE 19802



Dell Business Credit
Dell Financial Services
c/o DFS Customer Care Dept.
P.O. Box 81577
Austin, TX 78708-1577



EMS Energy
234 N. James Street
Wilmington, DE 19804



Enterprise Mobility Inc.
9260 Alcosta Blvd.
Suite C26
San Ramon, CA 94583



Erie Insurance
100 Erie Insurance Place
Erie, PA 16530



FC Partners, LP
(DBA Funding Circle Partners, LP
One Union Street, Suite 210
San Francisco, CA 94111



First Stop Health, LLC
P.O. Box 811037
Chicago, IL 60681



First Tek, Inc.
1551 S Washington Avenue
Piscataway, NJ 08854
```

```
Friendly Consultants
14 Washington Road
Princeton Junction, NJ 08550



Fulton Bank, N.A.
One Penn Square
Lancaster, PA 17602



Genoese & Associates, P.A.
4550 Linden Hill Road, Ste 100B
Wilmington, DE 19808



Global Merchant Cash Inc.
64 Beaver Street, Suite 415
New York, NY 10004



Great America Financial Services
P.O. Box 660831
Dallas, TX 75266-0831



HCL Global
24543 Indoplex Circle, Suite 220
Farmington, MI 48335



Independence Blue Cross
1901 Market Street
Philadelphia, PA 19103



Influx Capital LLC
26 Broadway, Suite 373
Brooklyn, NY 11201



Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611
```

Iruka Capital Group
162 Elmora Avenue, Suite 211
Elizabeth, NJ 07202


Isaac H. Greenfield, Esquire
26 Broadway, Suite 375
New York, NY 10004


Israel Weinstein, Esquire
Weinstein & Weinstein, LLP
68-15 Main Street, 2nd Floor
Flushing, NY 11367


Itlize Global, LLC
242 Old New Brunswick Road
Suite 250
Piscataway, NJ 08854-3754


Jacob Verstandig, Esquire
Law Offices of Jacob Verstandig, PLLC
1459 East 13th Street
Brooklyn, NY 11230-6603


Jeffrey Zachter, Esquire
Zachter PLLC
30 Wall Street, 8th Floor
New York, NY 10005


Joe Lieberman, Esquire
P.O. Box 356
Cedarhurst, NY 11516


Kalamata Capital Group
30 Broad Street, Suite 1201
New York, NY 10004


Klish Group
1864 Hunters Ridge Lane
Sugar Grove, IL 60554-9369

```
Lenovo Financial Services
21146 Network Place
Chicago, IL 60673-1211



LGB - 110 East State Street, LLC
c/o Larry C. Bosley
326 West Cedar Street, Suite 3
Kennett Square, PA 19348



Limestone Pension
1407 Foulk Road
Suite 100
Wilmington, DE 19803-2755



Marlabs
One Corporate Place South, 3rd Floor
Piscataway, NJ 08854-6116



Mercury Systems
5 Independence Way, Suite 140
Princeton, NJ 08540



Met Life
4150 N. Mulberry Drive
Suite 300
Kansas City, MO 64116



Mr. Advance LLC
35-12 19th Avenue, Suite 3W
Astoria, NY 11105



Nextwave Enterprises LLC
5757 Blue Lagoon Drive
Miami, FL 33126



Nicole Comer
12 Autumnwood Drive
Newark, DE 19711-2400
```

```
Nicole Comer
12 Autumnwood Road
Newark, DE 19711-2400



Onspring Technologies LLC
8500 W. 110th Street
Suite 220
Overland Park, KS 66210-1804



PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120



Penn Capital Funding
1274 49th Street, Suite 455
Brooklyn, NY 11219



Pennsylvania Department of Revenue
Board of Appeals
P.O. Box 281021
Harrisburg, PA 17128-1021



Pennsylvania Department of Revenue
Bureau of Individual Taxes
P.O. Box 280432
Harrisburg, PA 17128-0432



People 2.0 Global, LLC
222 Valley Creek Blvd, Suite 100
Exton, PA 19341



Pragna Solutions LLC
P.O. Box 4165
Metuchen, NJ 08840



Qualitree Inc.
1303 Milltown Road
Wilmington, DE 19808
```

Queen Funding, LLC
1530 Coleman Street
Brooklyn, NY 11234


Remote Tiger, Inc.
6404 Ivy Lane, Ste 320
Greenbelt, MD 20770


Santander Bank, N.A.
824 N. Market Street
Suite 100
Wilmington, DE 19801


Secured Lender Solutions
P.O. Box 2576
Springfield, IL 62708


Siana Bellwoar
941 Pottstown Pike
Suite 200
Chester Springs, PA 19425


Silver Cup Funding LLC
381 South 5th Street
Brooklyn, NY 11211


Swift Financial Corporation
c/o Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Syncretic
228 Philadelphia Pike
Wilmington, DE 19809


Technocraft Solutions LLC
 3974 Brown Park Drive, Suite F
Hilliard, OH 43026

```
The Columbia Bank
7168 Columbia Gateway Drive
Columbia, MD 21046



Tri-M Group LLC
206 Gate Lane
Kennett Square, PA 19348



USLI
1190 Devon Park Drive
Wayne, PA 19087



Vadim Serebro, Esquire
55 Broadway, 3rd Floor
New York, NY 10006



Vertical Focus Inc.
10 Tower Office Park, Ste 500
Woburn, MA 01801



Vision Service Plan
P.O. Box 742788
Los Angeles, CA 90074-2788



Womble Bond Dickinson (us) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801



Xpedantic LLC
3974 Brown Park Drive
Suite G
Hilliard, OH 43026



Zioqu, Inc.
8910 University Center LN
San Diego, CA 92122
```

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re __Comer Enterprises, Inc.__  
_Debtor(s)_

Case No. _____  
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Comer Enterprises, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 18, 2019** | **/s/ David B. Smith** |
| Date | **David B. Smith 59098** |
| | Signature of Attorney or Litigant |
| | Counsel for __Comer Enterprises, Inc.__ |
| | **Smith Kane Holman, LLC** |
| | **112 Moores Road** |
| | **Suite 300** |
| | **Malvern, PA 19355** |
| | **610-407-7215 Fax:610-407-7218** |
| | **dsmith@skhlaw.com** |