Fill in this information to identify the case:

Debtor name: **Comer Enterprises, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Advance Merchant Services LLC** 116 Nassau Street, 8th Floor New York, NY 10038 | | Loan | Contingent Unliquidated Disputed | | | $317,860.69 |
| **Advantage Capital, Inc.** 30 Broad Street New York, NY 10004 | | loan | Contingent Unliquidated Disputed | | | $650,000.00 |
| **Advantage Capital, Inc.** 30 Broad Street New York, NY 10004 | | Loan | Contingent Unliquidated Disputed | | | $373,306.12 |
| **BMF Capital** 160 Pearl Street, Suite 5 New York, NY 10005 | | Loan | Contingent Unliquidated Disputed | | | $173,662.50 |
| **Creative Capital Funding** 1022 Ave M Brooklyn, NY 11230 | | Loan | Contingent Unliquidated Disputed | | | $187,665.71 |
| **Cybecys, Inc.** 5401 Ruby Drive Fairfax, VA 22030 | | vendor | | | | $165,794.40 |
| **Dazzlon Computer Services Inc.** 1575 Redbud Blvd Suite 217 McKinney, TX 75069 | | vendor | | | | $146,520.00 |
| **Influx Capital LLC** 26 Broadway, Suite 373 Brooklyn, NY 11201 | | Loan | Contingent Unliquidated Disputed | | | $209,552.34 |
| **Iruka Capital Group** 162 Elmora Avenue, Suite 211 Elizabeth, NJ 07202 | | Loan | Contingent Unliquidated Disputed | | | $371,712.21 |

Debtor **Comer Enterprises, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Mr. Advance LLC** 35-12 19th Avenue, Suite 3W Astoria, NY 11105 | | loan | Contingent Unliquidated Disputed | $187,375.00 | $0.00 | $187,375.00 |
| **Penn Capital Funding** 1274 49th Street, Suite 455 Brooklyn, NY 11219 | | Loan | Contingent Unliquidated Disputed | | | $563,896.26 |
| **Pennsylvania Department of Revenue Board of Appeals** P.O. Box 281021 Harrisburg, PA 17128-1021 | | Sales/Use Tax | | | | $195,746.00 |
| **Qualitree Inc.** 1303 Milltown Road Wilmington, DE 19808 | | vendor | | | | $92,856.00 |
| **Queen Funding, LLC** 1530 Coleman Street Brooklyn, NY 11234 | | Loan | Contingent Unliquidated Disputed | | | $190,597.42 |
| **Santander Bank, N.A.** 824 N. Market Street Suite 100 Wilmington, DE 19801 | | loan | | $200,000.00 | $0.00 | $200,000.00 |
| **Santander Bank, N.A.** 824 N. Market Street Suite 100 Wilmington, DE 19801 | | loan | | $2,631,000.00 | $1,400,000.00 | $1,231,000.00 |
| **Santander Bank, N.A.** 824 N. Market Street Suite 100 Wilmington, DE 19801 | | credit card | | | | $300,000.00 |
| **Santander Bank, N.A.** 824 N. Market Street Suite 100 Wilmington, DE 19801 | | loan | | $270,000.00 | $0.00 | $270,000.00 |
| **Silver Cup Funding LLC** 381 South 5th Street Brooklyn, NY 11211 | | Loan | Contingent Unliquidated Disputed | $600,000.00 | $0.00 | $600,000.00 |

| Debtor | **Comer Enterprises, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vertical Focus Inc.**<br>**10 Tower Office Park, Ste 500**<br>**Woburn, MA 01801** | | **vendor** | | | | $150,150.00 |